IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EMILY MOORE                                                                                        PLAINTIFF

vs.                                         Civil No. 6:21-cv-06020

COMMISSIONER,                                                                                   DEFENDANT
SOCIAL SECURITY ADMINISTRATION

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Emily Moore ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2010), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("SSA") denying her application for a period of disability and Disability Insurance Benefits ("DIB") under Title II of the Act.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this case to this Court for the purpose of making a report and recommendation.

Now before the Court is Defendant's Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).  ECF No. 22.  Defendant seeks a remand "to allow the Commissioner to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g)."  ECF No. 23 at 1.  Defendant seeks this "remand to reevaluate Plaintiff's claim at step five."  *Id.*  Plaintiff has no objections to this Motion.  The Court finds this Motion should be **GRANTED**, and this case be **REVERSED AND REMANDED.**

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are**

**reminded that objections must be both timely and specific to trigger *de novo* review by the district court. See *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 16th day of November 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE