IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EMILY MOORE                                                                                           PLAINTIFF

v.                                          Case No. 6:21-cv-06020

SOCIAL SECURITY ADMINISTRATION COMMISSIONER                         DEFENDANT

## JUDGMENT

Now before the Court is the Report and Recommendation filed November 16, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 24). Plaintiff brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2010), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her application for a period of disability and Disability Insurance Benefits under Title II of the Act. Judge Bryant recommended that the Court grant Defendant's Motion to Reverse and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 22), and that this case be reversed and remanded.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendant's motion (ECF No. 22) is **GRANTED** and that Plaintiff's case is **REVERSED AND REMANDED.**

**IT IS SO ORDERED** this 6th day of December 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**